Exhibit 2

Method Claim: 12

| US7552870B2 | Tesla ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>_Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,_ even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.<br><br>**Col 7: lines 59-67,**<br>**Col 8: line 1**<br><br>_The Use Earned Balance (307) field is_ | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning credits through referral and redeeming those credits for Tesla products, etc.).<br><br>As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem Tesla credits for purchasing Tesla products. Further, it offers a 'Refer and Earn' program that allows members to earn Tesla Credits by inviting friends to join the loyalty program. The member (referrer) earns 500 dollars credit for each purchase the referred friend completes. The member can refer friends and earn referrer benefits up to 10 times per year. The earned Tesla credits can be redeemed by the member for various rewards such as free Tesla supercharging, Tesla upgrades, etc.<br><br><br><br>https://www.tesla.com/ |

*used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).*

**Col 8: lines 20-30**

*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner.*

# Refer and Earn

The Refer and Earn program gives both new and existing customers access to benefits when purchasing a qualifying Tesla product.

If you have credits from a previous version of the Refer and Earn program and you currently have a qualifying Tesla product, you can redeem those credits in the Tesla app up until their expiration date.

**Note:** To access this feature, you must have Tesla app version 4.37 or later. Make sure you have the latest version of the app by updating the Tesla app on your mobile device.

https://www.tesla.com/support/refer-and-earn

## Earn Referrer Benefits

Share your referral link with your friends and receive referrer benefits when they purchase a qualifying Tesla product for the first time through your referral link.

To earn referrer benefits, follow these steps:

1. Open the Tesla app.
2. Tap the menu in the top-right corner.
3. Select 'Refer and Earn.'
4. Tap 'Refer Now.'
5. From your list of contacts, select the friend you'd like to refer and send the referral message.

After your friend places an order, your benefit will appear as 'pending' in the Tesla app until the Grant Date. Each referrer benefit expires 12 months after the Grant Date.

https://www.tesla.com/support/refer-and-earn

| |
|---|

*The Account Record may be owned by a registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance or a Cash Balance. An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.</u>*

# Refer and Earn Eligibility

To be eligible to receive Refer and Earn benefits, you must have a qualifying Tesla product in your Tesla Account or be purchasing your first qualifying Tesla product through a valid referral link. Once you transfer or remove all qualifying products from your account, your referral link will no longer be valid, and you will not receive referrer benefits when your friend orders and takes delivery of their first Tesla vehicle or activates their first Tesla energy product until you take delivery of another qualifying Tesla vehicle or activate a qualifying energy product during the timeframe of the program.

https://www.tesla.com/support/refer-and-earn

∨   **How do I use my referrer benefits?**

Your referrer benefits will be added to your Tesla Credits.[1] You can apply Tesla Credits as payment towards the following:

- Supercharging
- A new vehicle purchase
- Any outstanding balance from a service appointment in the Tesla app
- Tesla Shop purchase
- Subscriptions
- Upgrades

To use your Tesla Credits, select 'Tesla Credits' as your payment method when making your payment.

https://www.tesla.com/support/refer-and-earn#use-referral-benefits



https://www.youtube.com/watch?v=NUwkcR0daao



https://www.youtube.com/watch?v=NUwkcR0daao

| | |
|---|---|
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user; | The accused instrumentality practices applying network usage credits (e.g., crediting Tesla credits to the member's account) to a user (e.g., a referrer i.e., an existing member of the loyalty program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting Tesla credits to the member's account) based upon usage (e.g., completing a Tesla product purchase) by at least one third party (e.g., a referred friend) of a first network resource (e.g., using a referral link of a referrer for purchasing a Tesla product, etc.) operated by said user (e.g., a referrer i.e., an existing member of the loyalty program). |
| **Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway.* In this embodiment of the invention, which provides broad | As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem Tesla Credits for purchasing Tesla products. Further, it offers a 'Refer and Earn' program that allows members to earn Tesla Credits by inviting friends to join the loyalty program. The referred friend needs to sign up via the invite link sent by the member to earn credits. The member (e.g., a user) earns 500 dollars Tesla credits (e.g., network usage credits) for each purchase the referred friend (e.g., a third party) completes. The member can refer friends and earn referrer benefits up to 10 times per year.<br><br># Refer and Earn<br><br>The Refer and Earn program gives both new and existing customers access to benefits when purchasing a qualifying Tesla product.<br><br>If you have credits from a previous version of the Refer and Earn program and you currently have a qualifying Tesla product, you can redeem those credits in the Tesla app up until their expiration date.<br><br>**Note:** To access this feature, you must have Tesla app version 4.37 or later. Make sure you have the latest version of the app by updating the Tesla app on your mobile device.<br>https://www.tesla.com/support/refer-and-earn |

| | |
|---|---|
| *flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | **Earn Referrer Benefits**<br><br>Share your referral link with your friends and receive referrer benefits when they purchase a qualifying Tesla product for the first time through your referral link.<br><br>To earn referrer benefits, follow these steps:<br><br>1. Open the Tesla app.<br>2. Tap the menu in the top-right corner.<br>3. Select 'Refer and Earn.'<br>4. Tap 'Refer Now.'<br>5. From your list of contacts, select the friend you'd like to refer and send the referral message.<br><br>After your friend places an order, your benefit will appear as 'pending' in the Tesla app until the Grant Date. Each referrer benefit expires 12 months after the Grant Date.<br><br>https://www.tesla.com/support/refer-and-earn<br><br>**Refer and Earn Eligibility**<br><br>To be eligible to receive Refer and Earn benefits, you must have a qualifying Tesla product in your Tesla Account or be purchasing your first qualifying Tesla product through a valid referral link. Once you transfer or remove all qualifying products from your account, your referral link will no longer be valid, and you will not receive referrer benefits when your friend orders and takes delivery of their first Tesla vehicle or activates their first Tesla energy product until you take delivery of another qualifying Tesla vehicle or activate a qualifying energy product during the timeframe of the program.<br><br>https://www.tesla.com/support/refer-and-earn |

You can receive referrer benefits when you share your referral link with your friends and they purchase one of the following products:

- Model S
- Model 3
- Model X
- Model Y
- Cybertruck
- Solar panels

https://www.tesla.com/support/refer-and-earn#qualifying-products

⌄ **Is there a limit to how many benefits I can receive?**

Yes. There are limits to the amount of times you can receive each type of benefit:

- **Buyer** – You can receive buyer benefits one time when you make your first purchase of a qualifying Tesla product through a friend's referral link.

- **Referrer** – You can receive referrer benefits up to 10 times per calendar year when a friend uses your referral link to purchase their first qualifying Tesla product through your referral link.

https://www.tesla.com/support/refer-and-earn#benefit-limit



https://www.youtube.com/watch?v=NUwkcR0daao



https://www.youtube.com/watch?v=NUwkcR0daao



https://www.youtube.com/watch?v=NUwkcR0daao



accumulating
credits

https://www.youtube.com/watch?v=NUwkcR0daao

| | |
|---|---|
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system. | The accused instrumentality practices substantially immediately processing a request (e.g., a request for purchasing Tesla product, etc.) by said user (e.g., a referrer i.e., an existing member of the loyalty program) for usage (e.g., a purchase of Tesla product) of a second network resource (e.g., another Tesla product such as supercharging, software upgrades, vehicle, etc.) operated by a fourth party (e.g., another Tesla store owner where the member redeems their credits, Tesla supercharging station, etc.) and allowing access to said second network resource (another Tesla product such as supercharging, software upgrades, vehicle, etc.) if said user (e.g., a referrer i.e., an existing member of the loyalty program) has at least a predetermined amount of said network usage credits (e.g., required Tesla credits to purchase another vehicle, software upgrades, etc.) wherein said first (e.g., using a referral link of a referrer for purchasing a Tesla product, etc.) and second resources (e.g., another Tesla product where the member redeems their credits, Tesla supercharging station, etc.) have a registered resource sharing arrangement (e.g., agreement between the participating Tesla stores, etc.) in a connected system (e.g., a system of the accused instrumentality). |
| **Col 17: lines 3-11**<br><br>_The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization. If the Balance (403C) is_ | As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem Tesla credits for purchasing Tesla products. Further, it offers a 'Refer and Earn' program that allows members to earn Tesla Credits by inviting friends to join the loyalty program. The member (e.g., a user) earns 500 dollars Tesla credits for each purchase the referred friend completes. The member can refer friends and earn referrer benefits up to 10 times per year. The earned credits can be redeemed by the member (e.g., a user) for various rewards such as Tesla supercharging, software upgrades, lifestyle, vehicle purchases, etc. (e.g., a second network resource).<br><br>When the member requests to purchase products using Tesla credits option, the system checks their earned credit balance to determine if the member is eligible for a Tesla purchase. Also, it allows members (e.g., a user) to redeem credits for Tesla supercharging, software upgrades, lifestyle purchases, etc. (e.g., a second network resource) provided by a service provider (e.g., a fourth party). Thus, the accused |

| | |
|---|---|
| *not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.* | instrumentality shares an agreement wherein the points can be earned and redeemed across Tesla stores.<br><br># Refer and Earn<br><br>The Refer and Earn program gives both new and existing customers access to benefits when purchasing a qualifying Tesla product.<br><br>If you have credits from a previous version of the Refer and Earn program and you currently have a qualifying Tesla product, you can redeem those credits in the Tesla app up until their expiration date.<br><br>**Note:** To access this feature, you must have Tesla app version 4.37 or later. Make sure you have the latest version of the app by updating the Tesla app on your mobile device.<br><br>https://www.tesla.com/support/refer-and-earn |

∨ **How do I use my referrer benefits?**

Your referrer benefits will be added to your Tesla Credits.[1] You can apply Tesla Credits as payment towards the following:

- Supercharging
- A new vehicle purchase
- Any outstanding balance from a service appointment in the Tesla app
- Tesla Shop purchase
- Subscriptions
- Upgrades

To use your Tesla Credits, select 'Tesla Credits' as your payment method when making your payment.

https://www.tesla.com/support/refer-and-earn#use-referral-benefits

# Terms and Conditions

Effective August 24, 2024

By participating in Tesla's Refer and Earn program, you are agreeing to these Terms and Conditions and understand that they are subject to change. Tesla customers must be at least 18 years old to be eligible for benefits, which are non-transferable and not redeemable for cash. Tesla customers can receive loyalty benefits up to 10 times over the life of the account. Tesla customers can also refer up to 10 order referrals per calendar year and the order must be placed using the customer's referral link. Referral links cannot be credited after the order is placed and cannot be used by the same Tesla Account more than once.

All benefit redemptions are final – no returns or exchanges are accepted. The customer is responsible for all taxes and local requirements and fees. Merchandise and accessories benefits are only available in regions where Tesla Shop has launched. Only primary account holders can redeem benefits. Nothing in the Refer and Earn program shall be deemed to create any kind of relationship between the referrer and Tesla or any of Tesla's Affiliates. The referrer has no authority to represent or bind Tesla. This program and its benefits are conditional on and subject to the local laws and regulations of the registration address of the referrer and buyer, respectively. Ohio and Virginia residents are able to qualify for buyer and loyalty benefits, but are not eligible for referrer benefits.

https://www.tesla.com/support/refer-and-earn



https://www.youtube.com/watch?v=NUwkcR0daao



https://www.youtube.com/watch?v=NUwkcR0daao

As shown below, an existing member has earned 74,600 credits. When the member requests to purchase products using redeem option, it displays a list of products and credits associated with them. When the system determines the required credits are available in the member's account, it allows the member to redeem the credits and complete purchase for the selected Tesla product.







https://www.youtube.com/watch?v=MaYODFrokFc



https://www.youtube.com/watch?v=MaYODFrokFc